## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Walgreen Co., et al.
                              Plaintiff,

v.                                                      Case No.: 1:25−cv−11680
                                                        Honorable April M. Perry

Biogen, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 11, 2026:

    MINUTE entry before the Honorable April M. Perry: Status hearing held 2/11/2026 for both 24−cv−7387 and 25−cv−11680. Defendant Biogen's motion to dismiss in 25−cv−11680 [18] is granted, for the reasons stated in open court. Plaintiffs are given until 2/25/2026 to file an amended complaint. Defendant is to answer or otherwise plead in response to the amended complaint by 3/27/2026. Case 25−cv−11680 is referred to the Magistrate Judge for discovery supervision, including the authority to set, adjust, and extend all deadlines, and to conduct a settlement conference if requested by the parties. The parties anticipate that both cases will proceed on parallel discovery tracks and are directed to address any discovery−scheduling concerns to Magistrate Judge Kim. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.